```
        IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE SOUTHERN DISTRICT OF FLORIDA
              FORT LAUDERDALE DIVISION

In re                          *
MARIA ISABEL TREGEAR                    CASE NO. 14-24389-JKO

Debtor.                        *        CHAPTER 13
```

## NOTICE OF FILING AMENDED AFFIDAVIT

Comes now Creditor, AMERICAN HONDA FINANCE CORP., and files this its Notice of Filing Amended Affidavit in support of the Motion for Relief.

Respectfully submitted,

/s/ Kent D. McPhail
KENT D. MCPHAIL
Florida Bar No. 0852767
Attorney for Creditor
Post Office Box 870
126 Government Street
Mobile, AL 36601
Phone (251) 438-2333
Facsimile (251) 438-2367
Email: kent@dumasmcphail.com

**CERTIFICATE OF SERVICE**

```
     I, Kent D. McPhail, do hereby certify that I have on this the
29th day of JANUARY 2015, served a copy of the above and foregoing
pleading on to the parties listed below by the service method
indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
MARIA ISABEL TREGEAR
2021 OAKMONT TERR
CORAL SPRINGS FL 33071

ECF FILING NOTIFICATION
```

ADAM I. SKOLNIK
ATTORNEY FOR DEBTOR
1761 W HILLSBORO BLVD #201
DEERFIELD BEACH FL 33442
askolnik@skolniklawpa.com

ECF FILING NOTIFICATION
ROBIN R. WEINER
TRUSTEE
P O BOX 559007
FT LAUDERDALE FL 33355
ecf@ch13weiner.com

ECF FILING NOTIFICATION
UNITED STATES TRUSTEE
51 SW 1ST AVE STE 1204
MIAMI FL 33130
USTPRegion21.MM.ECF@usdoj.gov

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL

STATE OF TEXAS
COUNTY OF DALLAS

## AMENDED AFFIDAVIT

BEFORE ME, the undersigned, Notary Public, personally appeared ALLISON CORLEY, who is known to me and after being by me first duly sworn, deposes and says the following:

My individual responsibility is to administer AMERICAN HONDA FINANCE CORP. in bankruptcy. Specifically, this includes monitoring loan payments. I hereby certify and state that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions, or occurrences to which they refer or within a reasonable time thereafter. The Motor Vehicle Retail Installment Contract and the Electronic Certificate of Title attached to the motion for relief are true and accurate copies of the original documents. My personal knowledge of this automobile loan shows the following:

| | | |
|---|---|---|
| 1. | Loan No.: | *****2391 |
| 2. | Debtor: | Maria I Tregear |
| 3. | Bankruptcy Case No.: | 14-24389-JKO |
| 4. | Property Description: | 2012 HONDA CIVIC VIN NO. 19XFB2F59CE099951 |
| 5. | Value of Collateral | $14,150.00 |
| 6. | Estimated Pay-off Amount as of 10/22/2014 | $12,555.06 |
| 7. | Delinquent Status as of 10/22/2014 | |

Arrearage
9/5/14-10/22/14                                     $540.22

Total Arrearage                                     $540.22

_Allison Corley_
Allison Corley
Bankruptcy Collector

STATE OF TEXAS
COUNTY OF DALLAS

Allison Corley, herewith declares under the penalties of perjury:

That she is competent under the law to give this declaration and has personal knowledge of the facts stated herein:

Subscribed and sworn before me this 13 day of Feb, 2015 by Allison Corley.

SHEA WISEMAN
MY COMMISSION EXPIRES
February 19, 2017
Notary
Expiration Expires